UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANITA THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **JUDGMENT** |
| | ) No. 5:10-CV-552-FL |
| CUMBERLAND COUNTY BOARD OF EDUCATION and VANSTORY HILLS ELEMENTARY SCHOOL, | ) ) ) ) |
| Defendants. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for summary judgment and the memorandum and recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 23, 2013, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is granted and plaintiff's motion for summary judgment is denied. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on September 23, 2013, and Copies To:**
Amy Jenkins (via CM/ECF Notice of Electronic Filing)
Anita Thomas (via U.S. Mail) PO Box 93, Bunnlevel, NC 28323


September 23, 2013          JULIE A. RICHARDS, CLERK
                             /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk