IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-552-FL

| | | |
|---|---|---|
| ANITA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CUMBERLAND COUNTY BOARD | ) | |
| OF EDUCATION; and VANSTORY | ) | |
| HILLS ELEMENTARY SCHOOL, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on plaintiff's motion for reconsideration (DE 133) of its order on the parties' cross-motions for summary judgment (DE 112, 122), and memorandum and recommendation ("M&R"). For reasons stated in the court's order entered September 23, 2013, which plaintiff seeks the court to reconsider, the court adopted the recommendation of the magistrate judge, dismissing her case. Also before the court is plaintiff's motion to use the original record (DE 136). The latter motion is DISMISSED as MOOT, where plaintiff simply asks that the court allow usage of the original record as plaintiff is "financially unable to purchase a transcript." On behalf of the clerk of court, the undersigned alerts plaintiff that the entire record is submitted by that office in the normal course to the reviewing court, for its review in considering any appeal. On the former motion, good cause not having been shown why the court should reconsider its prior ruling, plaintiff's motion for reconsider is DENIED.

SO ORDERED, this the 9th day of October, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge

Case 5:10-cv-00552-FL   Document 139   Filed 10/09/13   Page 1 of 1